FILED
December 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D36

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Ferlmann v. DeLiddo | **Case No :** | 09-90452 - E - 7 |
| | | **Adv No :** | 11-09017 - E |
| | | **Date :** | 12/7/11 |
| | | **Time :** | 10:30 |

**Matter :** [24] - Motion/Application For Summary Judgment [CWC-1] Filed by Plaintiff Stephen C. Ferlmann (msam)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Carlene Walker
**Reporter :** Laura Fowler
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
  Plaintiff's Attorney - Carl W. Collins
**Respondent(s) :**
  Defendant's Attorney - Anthony Johnston

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Summary Judgment filed in this case by the Trustee, Stephen C. Ferlmann, and upon consideration of the evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the motion is granted and the court will enter judgment in favor of the Plaintiff in the amount of $108,831.27 for avoidable preferences for the payments made and $1,628,964.50 for the promissory notes transferred on the alternative grounds that such transfers are avoidable post-petition transfers and that such transfers are avoidable fraudulent conveyances under both the Bankruptcy Code and California law.

Counsel for the Plaintiff shall prepare and lodge with the court a judgment consistent with this order. The judgement shall include the following provision: Plaintiff shall file and serve a costs bill and application for pre-judgment interest and attorneys fees, if any, on or before December 30, 2011. The application shall state the legal and factual basis for per-judgement interest and attorneys fees, and method for computation of pre-judgment interest.

Dated: December 15, 2011

By the Court

*Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Carl Collins
PO Box 3291
Modesto, CA 95353-3291

David Johnston
627 13th Street, Suite E
Modesto, CA 95354

Stephen Ferlmann
4120 Dale Rd., Ste J-8 #184
Modesto, CA 95356