Filed 02/10/12    Case 11-09017

2011-09017
FILED Doc 42
February 10, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004037737

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 106
P.O. Box 3291
Modesto, California 95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
Email: carl@cwcollinslaw.com

Attorneys for Trustee
Stephen C. Ferlmann

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re:<br><br>DeLiddo & Associates, Inc.,<br>dba Deers,<br><br>P.O. Box 187<br>Salida, CA 95368<br><br>Tax ID/EIN 77-0444959<br><br>      Debtor. | Case No: 09-90452-E-7<br><br>Chapter 7 Case |
| Stephen C. Ferlmann, Trustee<br><br>      Plaintiff,<br><br>  vs.<br><br>Jack P. DeLiddo,<br><br>      Defendant. | Adv. Proc. No. 11-09017<br><br><br><br><br>Date: December 7, 2011<br>Time: 10:30 a.m.<br>Place: Modesto Courtroom<br>      Department E |

**JUDGMENT**

Plaintiff's Motion for Summary Judgment having been granted against Defendant, Jack P. DeLiddo, and the court having heretofore made and filed its findings of fact and conclusions of law that plaintiff should have judgment as prayed for in his complaint, it is

1

RECEIVED
January 30, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004037737

ORDERED, ADJUDGED, AND DECREED that plaintiff does have and shall recover from defendant the sum of $1,737,795.77, together with plaintiff's costs for the filing fee in this adversary proceeding in the amount of $250.00.

Dated: February 10, 2012

By the Court

*[signature]*
Ronald H. Sargis, Judge
United States Bankruptcy Court